# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 15-17967-AMC

SONYA RENEE RIGGS

5422 Willows Avenue

Philadelphia, PA 19143

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SONYA RENEE RIGGS

5422 Willows Avenue

Philadelphia, PA 19143

Counsel for debtor(s), by electronic notice only.

    BRUCE J TRAWICK, ESQ
    3001 WALNUT ST
    10TH FLOOR
    PHILADELPHIA, PA 19104-

Date: 7/14/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee