UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SONYA RENEE RIGGS                                    Chapter 13

                         Debtor         Bankruptcy No. 15-17967-AMC

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____, 20__, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRUCE J TRAWICK, ESQ
3001 WALNUT ST
10TH FLOOR
PHILADELPHIA, PA 19104-


Debtor:
SONYA RENEE RIGGS

5422 Willows Avenue

Philadelphia, PA 19143