United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-17967-amc
Sonya Renee Riggs                                                     Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2            Date Rcvd: Aug 31, 2016
                              Form ID: pdf900         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2016.
```
db            +Sonya Renee Riggs,    5422 Willows Avenue,    Philadelphia, PA 19143-4130
13643275      +COMCAST CABLE,    PO BOX 3005,    Southeastern, PA 19398-3005
13643276      +MARS COLLECTION AGENCY,    9126 E 46 ST,    Tulsa, OK 74145-4824
13643279      +PGW,    800 W MONTGOMERY,    Philadelphia, PA 19122-2806
13643278      +Pennsylvania Housing Finance,    PO Box 8029,    Harrisburg, PA 17105-8029
13643280      +QUALITY ASSET RECOVERY,    7 FOSTER AVE, STE 101,    Gibbsboro, NJ 08026-1191
13643281      +SANTANDER USA,    PO BOX 961245,    Fort Worth, TX 76161-0244
13638528      +US BANK NATIONAL ASSOCIATION Et Al,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13643282      +US DEPT. OF EDUCATION,    PO BOX 5609,    Greenville, TX 75403-5609
13710008       US Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Sep 01 2016 10:33:09     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2016 10:32:35
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 01 2016 10:33:02     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Sep 01 2016 11:31:17
               Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
13643854      +E-mail/Text: bnc@atlasacq.com Sep 01 2016 10:32:20     Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
13721789       E-mail/Text: bankruptcy@phila.gov Sep 01 2016 10:33:09     City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13643274      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Sep 01 2016 10:36:00
               Capital One Auto Finance,    PO Box 60511,    City of Industry, CA 91716-0511
13630495      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Sep 01 2016 11:31:12
               Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
               Arlington, TX 76006-1347
13645927      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Sep 01 2016 11:31:17
               Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
               Arlington, TX 76006-1347
13643277      +E-mail/Text: bankruptcygroup@peco-energy.com Sep 01 2016 10:32:25     PECO ENERGY,
               2301 MARKET ST,    Philadelphia, PA 19103-1380
13659030      +E-mail/Text: bankruptcygroup@peco-energy.com Sep 01 2016 10:32:25     PECO Energy Company,
               Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13723052      +E-mail/Text: blegal@phfa.org Sep 01 2016 10:32:50
               US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSY,    PHFA Loan Servicing Division,
               211 North Front Street,    Harrisburg, PA 17101-1466
13643283      +E-mail/Text: james.feighan@phila.gov Sep 01 2016 10:33:31     WATER REVENUE BUREAU,
               1401 JFK BLVD,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 13
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2016                                   Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: John                  Page 2 of 2                    Date Rcvd: Aug 31, 2016
                               Form ID: pdf900             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              BRUCE J. TRAWICK    on behalf of Debtor Sonya Renee Riggs brucejitzi@gmail.com,  srowe@dc33lsp.org
              MARTIN A. MOONEY    on behalf of Creditor   Capital One Auto Finance tshariff@schillerknapp.com,
               tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SONYA RENEE RIGGS                               Chapter 13

                    Debtor          Bankruptcy No. 15-17967-AMC

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

AND NOW, this _____ day of _____, 20__, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRUCE J TRAWICK, ESQ
3001 WALNUT ST
10TH FLOOR
PHILADELPHIA, PA 19104-

Debtor:
SONYA RENEE RIGGS

5422 Willows Avenue

Philadelphia, PA 19143